Stanley A. Zlotoff, State Bar No. 073283
Attorney at Law
300 S. First St. Suite 215
San Jose, CA  95113

Telephone (408) 287-1313
Facsimile (408) 287-7645

Attorney for Debtors

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:  ) | Chapter 13 |
| Kimberly Lynn Shannon and  ) | Case No. 13-50013 SLJ |
| John Patrick Shannon,  ) | Adv. Pro. No. 15-5041 |
| Debtors.  ) | |
| Kimberly Lynn Shannon and,  ) | |
| John Patrick Shannon,  ) | |
| Plaintiff  ) | |
| vs  ) | |
| Richard Ross Shannon and  ) | |
| William Clifford Shannon,  ) | |
| Defendant.  ) | |

**CERTIFICATE OF SERVICE BY U.S. MAIL**

I declare that I am employed in the county of Santa Clara, California; I am over the age of eighteen years and not a party

- 1

to the within action; my business address is 300 S. First St, Suite 215, San Jose, California 95113.

On April 14, 2015, I served by U.S. Mail the following:

**Complaint, Summons, Order Setting Telephonic Status Conference, BDRP Information Sheet**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Jose, California addressed as follows:

William Clifford Shannon
22023 Fern
Red Bluff, CA  96080

Richard Ross Shannon
14555 Warren Ave.
Red Bluff, CA  96080

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on April 14, 2015, at San Jose, California.

/s/Stanley Zlotoff